IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENIS F. SHEILS, ON BEHALF OF HIMSELF AND ON BEHALF OF M.D.S., A MINOR CHILD,**<br><br>　　　　　　**Plaintiff,**<br>　　v.<br><br>**PENNSUBRY SCHOOL DISTRICT,**<br><br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO. 14-2736** |

## ORDER

　　**AND NOW**, this ____ day of October, 2014, upon consideration of Defendant's Motion to Partially Dismiss Plaintiff's Amended Complaint (Doc. 23) and Plaintiff's Response in Opposition thereto (Doc. 24), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** as follows:

1. Counts III through XI of Plaintiff's Amended Complaint are **DISMISSED**;

2. Section 2(f) of Plaintiff's Prayer For Relief is **DISMISSED**; and

3. Plaintiff's Jury Demand is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Petrese B. Tucker

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, C.J.**