IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENIS F. SHEILS, ON BEHALF OF HIMSELF AND ON BEHALF OF M.D.S., A MINOR CHILD,<br><br>        Plaintiff,<br>v.<br><br>PENNSBURY SCHOOL DISTRICT,<br><br>        Defendant. | CIVIL ACTION<br>NO. 14-2736 |

### ORDER

AND NOW, this ____ day of January, 2015, upon consideration of Plaintiff Denis F. Sheils's Application for Order to Show Cause Re: Entry of Stay Pending Appeal, Preliminary Injunction and Temporary Restraining Order (Doc. 2), Defendant Pennsbury School District's Response in Opposition thereto (Doc. 7), the hearing on the matter held on May 21, 2014, and all other materials submitted by the parties, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Application is **DENIED.**

                                                              BY THE COURT:

                                                              /s/ Petrese B. Tucker
                                                              _____
                                                              **Hon. Petrese B. Tucker, C.J.**